# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 82617

**FILED**

APR 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This petition was docketed on March 11, 2021, without payment of the requisite filing fee. *See* NRAP 21(g). That same day, the petitioner filed a motion to waive filing fee. On March 18, 2021, this court entered an order denying the motion, and directing petitioner to pay the filing fee or demonstrate his inability to pay the filing fee within 14 days. The order advised that failure to comply would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Bryan Phillip Bonham
Attorney General/Carson City
Eighth District Court Clerk

21-09981